IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KIRK H. DEMEYER     PLAINTIFF

v.     Civil No. 10- 5092

SHERIFF KEITH FERGUSON;
DR. HUSKINS; LT. CARTER;
and CAPTAIN ROBERT HOLLY     DEFENDANTS

## ORDER

    Kirk H. DeMeyer submitted this *pro se* action for filing. The clerk is directed to file the *in forma pauperis* (IFP) application and complaint. The application to proceed IFP is granted. Pursuant to the provisions of the Prison Litigation Reform Act, **the clerk is directed to collect the $350.00 filing fee from the Plaintiff.** The matter of service will be determined at a later time.

    Plaintiff has listed the last name of the jail doctor as Hutchins. However, the Court knows from other pending cases that the jail doctor is Dr. John Huskins. **For this reason, the clerk is directed to reflect on the docket sheet that this Defendant is Dr. John Huskins not Dr. Hutchins.**

    The complaint asserts a denial of medical care claim against Dr. Huskins. However, plaintiff does not indicate how he believes Sheriff Keith Ferguson, Lt. Carter, or Captain Robert Holly violated his federal constitutional rights. **Plaintiff is directed to file an amended complaint setting forth how he believes each Defendant violated his rights.** The amended complaint should be filed by **June 11, 2010.** If Plaintiff fails to comply with this order, the case will be subject to dismissal.

Plaintiff is further advised that he has an obligation to keep the Court informed of any changes in his address. If he fails to do so and the Court receives returned mail, the case will be subject to dismissal.

IT IS SO ORDERED this 25th day of May 2010.

/s/ Erin L. Setser
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 25 2010

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK