FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_FAYETTEVILLE_ DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUN 23 2010

C _____ CLERK

BY _____   DEPUTY CLERK

_Kirk H De Meyer_
**(Enter above the full name of the plaintiff
in this action.)**

Prisoner ID No. _0095530_

**V.**          CASE NO. _10 - 5092_

_Sheriff Keith Ferguson_
_Dr. Huskins; Lt Carter_
_and Captain Robert Holly_
**(Enter above the <u>full</u> name of the defendant,
or defendants, in this action.)**

RECEIVED
WD/AR
JUN 23 2010
U.S. CLERKS OFFICE

I.   **Previous Lawsuits**

    A.   **Have you begun other lawsuits in state or federal court dealing with the same
facts involved in this action?**

        Yes  _X_                     No  _____

    B.   **If your answer to A is yes, describe each lawsuit in the space below <u>including the
exact plaintiff name or alias used</u>.  (If there is more than one lawsuit, describe
the additional lawsuits on another piece of paper, using the same outline.)**

        1.   **Parties to this lawsuit**

            **Plaintiffs:** _Kirk H DeMeyer_

            **Defendants:** _Sheriff Keith Ferguson; Dr John
Huskins; Lt Carter, and Captain Robert Holly_

        2.   **Court (if federal court, name the district; if state, name the county:**

            _Western District of Arkansas; Fayetteville_

3.   Docket number: _Demeyer vs Ferguson 10-5092_

4.   Name of judge to whom case was assigned: _Hon. Erin L Sitser_

5.   Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Still pending_

6.   Approximate date of filing lawsuit: _May 25, 2010_

7.   Approximate date of disposition: _____

II.   **Place of Present Confinement:** _Benton County Jail_

_____

III.   There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. <u>Failure to complete the grievance procedure may affect your case in federal court.</u>

A.   Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

Yes _X_         No _____

B.   If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure.   <u>FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.</u>

C.   If your answer is NO, explain why not: _____

_____

_____

IV.   **Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.)

A.   Name of plaintiff: _Kirk H DeMeyer_

Address: _1300 SW 14th Street_

_Bentonville, AR. 72712_

(In Item B below, place the **full** name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

B.   Defendant: _Sheriff Keith Ferguson_

Position: _Sheriff_

Place of Employment: _Benton County Jail_

Address: _1300 S W 14th Street, Bentonville AR. 72712_

Defendant: _Dr. John Huskins_

Position: _Doctor for Jail inmates_

Place of Employment: _Benton County Jail_

Address: _1300 S W 14th street, Bentonville AR. 72712_

Defendant: _Lieutenant Carter_

Position: _Jail operations_

Place of Employment: _Benton County Jail_

Address: _1300 S W 14th street, Bentonville AR. 72712_

Defendant: _Captain Robert Holly_

Position: _Jail adminastrator_

Place of Employment: _Benton County Jail_

Address: _1300 S W 14th street, Bentonville, AR. 72712_

Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

**V.    Statement of Claim**

State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant is
involved.  Include also the names of other persons involved, dates and places.  Do not
give any legal arguments or cite any cases or statutes.  If you intend to allege a number
of related claims, number and set forth each claim in a separate paragraph.  (Use as
much space as you need.  Attach extra sheets if necessary.)

I came to this Jail Nov. 4, 2009. I was in
D150 for proxamitly two weeks on top bunk. Then
I was moved to E Pod and put on the floor for
about 2 month with a matt that is only 1/2 to
1 inch thick. Then I was moved again to D149 and
put on the floor again for about another 2 months.
Then my right Shoulder started bothering me and
causing Limited movement in my right arm.

**VI.    Relief**

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments.
Cite no cases or statutes.

I want a antiflamitory medication that will
help and a thicker matt, For the Jail to be more
concern about properly treating all Inmates
in the county Jail, By Not taking proper measures
It is causing pain and suffering

I declare (or certify, verify, or state) under penalty of perjury (18 U.S.C. § 1621)
that the foregoing is true and correct.

Executed this __16__ day of __June__, 20 _10_ .


Kirk H DeMeyer
**Printed Name of Plaintiff**

Kirk H DeMeyer
**Signature of Plaintiff**

-4-

Then I made a request to see the Dr. for my arm on 4-18-2010. On 4-19-2010 I seen the Dr., he asked what my problem was, I told him, his only response to me was "I'll fix you up". He perscribed me Tylonal for a week, I took it for one day. I filled out another request to see him again on 4-19-2010, but this time I was specific on what I wanted, I told him on the request preferably a antiflametory 500 mg 3x a day (Ibuprotin), and not to be sleeping on a hard surface. I seen the Dr. again on 4-21-2010, The same thing as before, "I'll fix you up" The next day I was perscribed Naproxin 220 mg 2x a day for one week, also I got my request form back saying switch to a bunk if I am in a boat. On 4-26-2010 I made another request to the Dr. the medication is not working, I seen the Dr. again on 4-27-2010 And this time I asked the nurse about a thicker matt She said "I never heard such a thing" and he said "well fix you up" he perscribe me another week and a half of Naproxin, and the thicker matt was denied.

Now Dr. John Huskins is employed by sheriff Keith Ferguson and under the authority of Lt. Carter and capptain Holly. Captain Holly

Sets policies for Jail employees and Deputies, so I Think they are just as responsible as Dr. John Huskins.

This Jail has a tendency to not give adiquate medical attiontion exi when I have had a cold with a cough the Dr perscribes Robotussin, the Jailors dispense the medication (under policies of the four defendant) way less then the recommended dosage. IN stead of two tablespoons of tussin, they give you 1/4 teaspoon of tussin, which make you suffer longer with symtoms, etc, etc.

Kirk H Demeyer
1300 SW 14th ST
Bentonville, AR.
72712

Legal mail

Sherry Gilbertson
PDO Se Low Clerk
35 East Mountain ST
Suite 510
Fayetteville, AR, 72701

72701385383