July 28, 2010

U.S. District Court
Western District of AR.
35 E. Mountain, Suite 510
Fayetteville, AR. 72701
Re: Demeyer v. Ferguson et, al
 USDC # 10-5092

RECEIVED WD/AR JUL 30 2010 U.S. CLERK'S OFFICE

U.S. DISTRICT COURT WESTERN DISTRICT ARKANSAS FILED JUL 30 2010 CHRIS R. JOHNSON, CLERK BY DEPUTY CLERK

Dear Sherry M. Gilbertson
    I have recieved a response from the defendants attorney, and responded which is enclosed. I am asking the court for an extension of time into their request for information. I am waiting to be sent back to Department of Corrections to get a Doctor to examine my shoulder, and the way it is looking, I will not be going till after September, 2010.

                                Sincerely
                                Kirk H Demeyer
                                Kirk H Demeyer

July 28, 2010

Rainwater, Holt & Saxton, P.A.
Attorney at Law
P.O. Box 17250
Little Rock, AR. 72222-7250

Re: Demeyer V. Ferguson, et al.
    USDC # 10-5092

Dear Mr John Rainwater

I am writing to ask for a 60 day extension to my response, for the Interrogatories and Request for Production. There is a possibility that I will be transfered back to Department of Corrections, Varner unit in Grady AR. To continue my state sentance, I am waiting to be sentanced for the Federal Charges, It should be done with in the next couple of weeks. Then I will have access to a better medical facility that can examine the extent of my injury to my shoulder. The doctor here has not even tried to x-ray my shoulder to see how damaged it is. All he wants to do is Shove tylonal down my throat, or some kind of pain reliever. I will not send you any paperwork till the exam is done.

Sincerely
Kirk H Demeyer
Kirk H Demeyer

I Kirk H DeMeyer, do hereby state that I have mailed a copy of the foregoing to the Following the 28 day of July, 2010:

Sheriff Keith Ferguson, Dr. John Huskins, Lt. Carter and Capt. Robert Holly, Defendants
c/o Rainwater, Holt, & Sexton, P.A.
  P.O. Box 17250
  Little Rock, AR. 72222-7250

I hereby state that on July 28, 2010, I mailed the foregoing to the Clerk of the Court for filing

                              *Kirk H DeMeyer*
                              Kirk H DeMeyer

Kirk H DeMeyer
1300 SW 14th ST
Bentonville AR
72712

INMATE MAIL

U.S. District Court
Western District of Arkansas
35 E. Mountain, Suite 510
Fayetteville, AR. 72701

72701+5353

Legal mail