IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**KIRK H. DeMEYER**                                                                        **PLAINTIFF**

V.                                         Case No. 10-5092

**SHERIFF KEITH FERGUSON,**
**DR. JOHN HUSKINS, LT. CARTER,**
**and CAPT. ROBERT HOLLY**                                                    **DEFENDANTS**

## RESPONSE TO SUPPLEMENT

Come now the Benton County Defendants, Dr. John Huskins, Sheriff Keith Ferguson, Lt. Carter, and Capt. Robert Holly, and for their Response to the Plaintiff's Supplement (Docket No. 21) state the following:

1. As pleaded, the allegations of the Supplement are denied except for jurisdiction and identification of the parties.

2. The Benton County Defendants assert and reserve the right to file an amended answer or other appropriate pleadings and to allege any affirmative defenses that might be available to it after it has had a reasonable opportunity to investigate the allegations set forth in Plaintiff's Supplement.

## AFFIRMATIVE DEFENSES

3. The Benton County Defendants assert the following affirmative defenses:

   A. qualified immunity (only if the Court construes the Complaint to contain an individual capacity claim against the Defendants);

   B. punitive damages immunity;

   C. statutory tort immunity;

   D. sovereign immunity;

   E. justification;

   F. mootness of any requested injunctive relief;

   G. The Plaintiff has failed to state a claim upon which relief can be granted;

   H. Defendant avails itself of all statute of limitations defenses applicable to this

claim;

I. Any amount sought by the Plaintiff should be offset by the amount owed by the Plaintiff to the County pursuant to A.C.A.§ 12-41-505 which provides that "[e]very person who may be committed to the common jail of the county, by lawful authority, for any criminal offense or misdemeanor, if he shall be convicted, shall pay the expenses in carrying him to jail and also for his support while he remains there;"

J. Any amounts sought by Plaintiff should be offset by any amount owed by Plaintiff to the county by virtue of any criminal fines assessed against Plaintiff, and

K. All applicable defenses under the Prison Litigation Reform Act (P.L.R.A), 42 U.S.C. § 1997e.

WHEREFORE, Defendant prays that the Court dismiss the Complaint, Amended Complaint and Supplement to Complaint against it, and for any and all other just and proper relief to which they are entitled.

Respectfully submitted,

DR. JOHN HUSKINS, SHERIFF KEITH FERGUSON, LT. CARTER and CAPTAIN ROBERT HOLLY, *Benton County, Arkansas, Defendants*

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email: john@rainfirm.com

By:   /s/ John M. Rainwater
Michael R. Rainwater, #79234
John M. Rainwater, #2009137

## CERTIFICATE OF SERVICE

      I hereby certify that on December 15, 2010, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, and I mailed the document by United States Postal Service to the following non CM/ECF participants:

Mr. Kirk H. DeMeyer, *Pro Se*
ADC #145752
ADC - Varner Unit
P.O. Box 600
Grady, AR 71644-0600

          /s/ John M. Rainwater
John M. Rainwater, #2009137
Attorney for Defendants
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
Email: john@rainfirm.com

6653.3352