In The United States District Court
Western District of Arkansas
Fayetteville Division

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
AUG 29 2011
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

Kirk H DeMeyer           Plaintiff

V.      Case No. 10-5092

Sheriff Keith Ferguson,
Dr. John Huskins, Lt. Carter      Defendants
and Capt. Robert Holly

RECEIVED
WDAR
AUG 29 2011
U.S. CLERK'S OFFICE

## Affidavit

Come now Justin Waldron, and states, upon oath, the following: During my time in the Benton County jail I have been placed on the floor with only a ½ inch matt and wool blanket. Kirk DeMeyer was also placed on the floor and complained numerous times about pains in his hips and soulders and asked to get an extra matt. He never was given an extra matt, only non prescripton pain medication. The medication was not enough. Kirk DeMeyer pains only seemed to get worst. Benton county never properly cared for Mr. Demeyer.

28 U.S.C.A. §1746 Affidavit

I declare under penalty of perjury under the law of the United States of America that the foregoing statement is true to the best of my knowledge.

_J. Waldron_
Justin Waldron

8-14-2011
Date

State of Arkansas )
) SS
County of Lincoln )

Subscribed and sworn to be for me a Notary Public, on this 25th day of ~~February~~ ~~February~~ ~~August~~ August 20 11.

LASAUNDRA M. MALONE
NOTARY PUBLIC
JEFFERSON COUNTY, ARKANSAS
COMM. EXP. 02-21-2017
COMMISSION NO. 12361202

_Lasaundra M. Malone_
Notary Public

My commission expires 2-21-2017

In the United States District Court
Western District of Arkansas
Fayetteville Division

Kirk H DeMeyer                               Plaintiff

V.                    Case No. 10-5092

Sheriff Keith Ferguson,
Dr. John Huskins, LT. Carter,          Defendants
and Capt. Robert Holly

## Affidavit

Come now Jim Suddreth, and states, upon oath, the following: While I was incarcerated at the Benton County Jail, I did witness, Kirk H. DeMeyer having to sleep on the floor when beds were available. I also saw the verbal abuse and threating of bodily harm, if he did not sleep on the floor. I also had to sleep on the floor, while beds were available.

28 U.S.C.A. §1746 Affidavit

I declare under penalty of perjury under the Laws of the United States of America that the foregoing statement is true to the best of my knowledge

_Tim J. Sudcheth_ (signature)
Tim J. Sudcheth

2-5-11
Date

State of Arkansas )
) ss
County of Lincoln )

Subscribed and sworn to before me, a Notary Public, on this 25th day of August, 20 11.

LASAUNDRA M. MALONE
NOTARY PUBLIC
JEFFERSON COUNTY, ARKANSAS
COMM. EXP. 02-21-2017
COMMISSION NO. 12361202

_LaSaundra M. Malone_ (signature)
Notary Public

My Commission Expires 2-21-2017

In the United States District Court
Western District of Arkansas
Fayetteville Division

Kirk H Demeyer                                    Plaintiff

V.                    Case No. 10-5092

Sheriff Keith Ferguson,
Dr. John Huskins, Lt. Carter          Defendants
and Capt. Robert Holly

## Affidavit

Come now Stacy Gawlik, and states, upon oath, the following:

I witness Kirk Demeyer sleeping on the floor of the Benton county Jail for several months. as I was on the floor also. he complained to me about it Hurting His shoulders and Hip's. It Hurt mine also. & even sleeping on the bunks didnt make a Differance. the matts we slept on were not much more than an Inch thick. me & Demeyer ask for an extra matt. all we got was excusses, the Doctor their was the same no Help and

28 U.S.C.A. §1746 Affidavit

I declare under penalty of perjury under the law of the United States of America that the foregoing statement is true to the best of my knowledge.

*Stacy Gawlik*
STACY GAWLIK

2-9-11
DATE

State of Arkansas )
                  ) SS
County of Lincoln )

Subscribed and sworn to before me, a Notary Public, on the 25th day of August, 2011.

LASAUNDRA M. MALONE
NOTARY PUBLIC
JEFFERSON COUNTY, ARKANSAS
COMM. EXP. 02-21-2017
COMMISSION NO. 12361202

*Lasaundra M. Malone*
Notary Public

My Commission Expires 2-21-2017

In the United States District Court
Western District of Arkansas
Fayetteville Division

Kirk H DeMeyer                                    Plaintiff

V.                          Case No. 10-5092

Sheriff Keith Ferguson,
Dr. John Huskins, LT. Carter        Defendants
and Capt. Robert Holly

## Affidavit

Come now Levi Campbell, and states, upon oath, the following: I, Levi Campbell was in D-149 with DeMeyer and know he slept on the floor. I also slept on the two very in a different cell. The cell only have a bottom and top rack but they put 3 to a cell so somebody has to sleep on the floor. The mats are just maybe a inch thick and after a week or so your whole body hurts, cramps, and bruses.

28 U.S.C.A. § 1746 Affidavit

I declare under penalty of perjury under the law of the United States of America that the foregoing statement is true to the best of my knowledge.

*Li. Campbell*
Levi Campbell

03-04-2011
Date

State of Arkansas )
                  ) ss
County of Lincoln )

Subscribed and sworn to before me, a Notary Public, on this 25th day of August, 2011.

LASAUNDRA M. MALONE
NOTARY PUBLIC
JEFFERSON COUNTY, ARKANSAS
COMM. EXP. 02-21-2017
COMMISSION NO. 12361202

*LaSaundra M. Malone*
Notary Public

My commission expires 2-21-2017

In the United States District Court
Western District of Arkansas
Fayetteville Division

Kirk H Demeyer                    Plaintiff

V.S.              Case No. 10-5092

Sheriff Keith Ferguson,
Dr. John Huskins, LT. Carter,           Defendants
and Capt. Robert Holly

## Affidavit

Comes now Zack Campbell, and states, upon oath, the following: I Zach Campbell was a witness of seeing Mr. Kirk Demeyer being forced to sleep on the cell floor in Benton County Jail. However there were open rack ~~it would have been moved upon but~~ ~~~~ Capt. Holly would move him, at the time Staff Sergent Vaughn finally came into E102 pod and moved a few people to other pods along with Mr. Demeyer.

28 U.S.C.A. § 1746 Affidavit

I declare under penalty of perjury under the Laws of the United States of America that the foregoing statement is true to the best of my knowledge

*[signature]*
Zack Campbell

2-3-11
Date

State of Arkansas    )
                     ) SS
County of Lincoln    )

Subscribed and sworn to before me, a Notary Public, on this 25th day of August, 20 11.

[Notary Seal: LASAUNDRA M. MALONE, NOTARY PUBLIC, JEFFERSON COUNTY, ARKANSAS, COMM. EXP. 02-21-2017, COMMISSION NO. 12361202]

*[signature]* LaSaundra M. Malone
Notary Public

My Commission Expires 2-21-2017

Kirk H DeMeyer #145752
P.O. Box 600
Grady, AR. 71644-0600

U.S. District Court
Office of the Clerk
35 E. Mountain, Room 510
Fayetteville, AR. 72701

Legal Mail