```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

KIRK H. DEMEYER                                                PLAINTIFF

       v.                    Civil No. 10-5092

SHERIFF KEITH FERGUSON;
DR. HUSKINS; LT. CARTER;
and CAPTAIN ROBERT HOLLY                                       DEFENDANTS

### ORDER

Now on this 12th day of September, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #36), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** (document #36) is **adopted in its entirety.**

**IT IS FURTHER ORDERED** that defendants' motion for summary judgement (doc. 23) is **DENIED.**

**IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                          JIMM LARRY HENDREN
                                          UNITED STATES DISTRICT JUDGE