January 28, 2012

U.S. District Court
Western District of Arkansas
35. E. Mountain, Suite 510
Fayetteville, Arkansas 72701

WESTERN DISTRICT ARKANSAS
FILED
JAN 31 2012
CHRIS R. JOHNSON, CLERK

Rainwater, Holt & Sexton, P.A.
P.O. Box 17250
Little Rock, AR. 72222-7250

Re: Demeyer v. Sheriff Keith Ferguson, et al.,
    Civil No 10-5092

Dear Ms. Gilbertson and Mr. Owens:

   Here is my information for the Court's scheduling order. On December 26, 2011 I made a request to Legal Assistance for Inmates to request addresses and ADC #'s for my witnesses, but I have not got a response, so I will give you the most information I can get you at this time, I do not expect an answer from them real soon.

   My first witness is Justin Waldron, I do not have an address for him, but he was here at this unit at one time, he might have paroled out, but his testimony will be about what he experienced himself at the jail along with his testimony of what I went through. His estimate length of time will be twenty (20) minutes.

Next, Jim J. Suddreth, I do not have an address for him either, but he also was here at this unit, he was transfered to another unit in ADC, I do not have an ADC number for him. His testimony will be on what he witness to what I went thru at the jail he was in the same pod I was in, his testimony will be an estimate of fifteen (15) minutes.

Stacy Gawlik, he paroled out to Oklahoma, he said for a parole violation so he may be in ODC, and I do not have an address or ADC, ODC number for him, he will testify on the fact of what he witnessed to what I went thru at the jail he also was in the same pod as I and went thru the same as I did. His testimony will be an estimate of twenty-five (25) minutes.

Levi Campbell, he paroled out and I do not have an address for him or ADC number. His testimony will be about, when he was in the same pod as I was what he went thru and what he witnessed to what I went thru. His testimony will be an estimate of twenty (20) minutes.

Zack Campbell, he is still at this unit, but the last I talked to him he was being transferd to another unit, I do not have an ADC number for him, at this time his address is Varner Unit P.O. Box 600 Grady, AR. 71644. His testimony will be on what he witnessed on me being forced to sleep on the floor even when there were open racks as he also was in the same pod as I was.

Sincerely,
Kirk H DeMeyer
Kirk H DeMeyer Pro se

Kirk H DeMeyer #145752
P.O. Box 600
Grady, AR. 71644

United States District Court
35 East Mountain Room 510
Fayetteville, ARKANSAS
72701

RECEIVED
WD/AR
JAN 3 1 2012
U.S. CLERK'S OFFICE

Legal Mail

Legal mail